#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN MAHONEY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-3936 |
| | : | |
| **WILLIAM PENN CORPORATION** | : | |

## ORDER

**AND NOW**, this 17th day of November 2020, upon considering Plaintiff's failure to timely file proof of service of the complaint in compliance with Rule 4 of the Fed. R. Civ. P. and our October 14, 2020 Letter (ECF Doc. No. 2) reminding counsel of his obligation to timely serve the Defendant and file proof of service, it is **ORDERED** this matter is **DISMISSED without prejudice** for lack of prosecution and the Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**